**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wendell Bedford
3327 Goldrush Ct.
Cincinnati, Ohio
45211

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Wendell Bedford
☐ Agent
☐ Addressee

B. Received by (Printed Name): WENDELL BEDFORD    C. Date of Delivery

[Postmark: CINCINNATI CHEVIOT USPS 45211 FEB 09 2004]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0002 6723 3982

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

01-861 Doc 51, 52 SSB



* Sender: Please print your name, address, and ZIP+4 in this box *

```
OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm. 324 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202
```