WENDELL BEDFORD, PLAINTIFF PRO SE
3377 GOLDRUSH COURT
CINCINNATI, OHIO 45211
(513) 389-0557

**FILED**

FEB 1 1 2004

JAMES BONINI, Clerk
CINCINNATI, OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINATI

| | |
|---|---|
| WENDELL BEDFORD, | Case No.: C-I-01-861 |
| Plaintiff, | JUDGE BECKWITH |
| vs. | MAGISTRATE JUDGE PERELMAN |
| CINERGY CORPORATION, | MOTION FOR ENLARGEMENT OF TIME |
| Defendant | |

\* \* \* \* \* \* \* \*

Comes now the Plaintiff, pro se, and respectfully moves this honorable court to grant and additional (25) twenty-five days beyond the standard (15) fifteen in which to timely respond to the Magistrate's Report and Recommendation. In support hereof, Plaintiff submits herewith his Memorandum.

MOTION FOR ENLARGEMENT OF TIME

1

2  Respectfully submitted,

3

4  *Wendell Bedford*
   WENDELL BEDFORD, PRO SE
5  3377 GOLDRUSH COURT
   CINCINNATI, OH 45211
6  (513) 389-0557

7

8  DATED: 2-11-04

9

10                      CERTIFICATE OF SERVICE

11

12  The foregoing was delivered via 1ˢᵗ class U.S. mail and to the
    address below on February 11, 2004.
13

14

15  JILL T. O'SHEA (0034692)
    ATTORNEY FOR DEFENDANT
16  THE CINCINNATI GAS & ELECTRIC
    COMPANY
17  139 EAST FOURTH STREET
    RM. 25 AT II
18  P.O. BOX 960
    CINCINNATI, OH 45201-0960
19  (513) 287-2062
    (513) 287-3810 fax
20

21

22  *Wendell Bedford*
    WENDELL BEDFORD

23

24

25


MOTION FOR ENLARGEMENT OF TIME

WENDELL BEDFORD, PLAINTIFF PRO SE
3377 GOLDRUSH COURT
CINCINNATI, OHIO 45211
(513) 389-0557

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINATI

| | | |
|---|---|---|
| WENDELL BEDFORD, | ) | Case No.: C-I-01-861 |
| Plaintiff, | ) | |
| | ) | JUDGE BECKWITH |
| vs. | ) | MAGISTRATE JUDGE PERELMAN |
| | ) | |
| CINERGY CORPORATION, | ) | **MEMORANDUM IN SUPPORT OF MOTION** |
| | ) | **FOR ENLARGEMENT OF TIME** |
| Defendant | ) | |

\*   \*   \*   \*   \*   \*   \*   \*

Pursuant Fed. R. Civ. P. 72(b), Plaintiff makes this Motion For Enlargement Of Time in which to file specific, written objections to the Magistrate's Report and Recommendation. Plaintiff also seeks additional time to file a Motion To Reconsider the order granting sanctions. The additional time is

MEMORANDUM IN SUPPORT OF THE MOTION
FOR ENLARGEMENT OF TIME

needed, that Plaintiff may adequately respond to said report and order; and this motion being otherwise timely, the Court should grant twenty-five (25) additional days in which to respond to the Magistrate's Report and Recommendations and file motion to reconsider.

Respectfully submitted,

*Wendell Bedford*
WENDELL BEDFORD, PRO SE
3377 GOLDRUSH COURT
CINCINNATI, OH 45211
(513) 389-0557

DATED: 2-11-04

CERTIFICATE OF SERVICE

The foregoing was delivered via 1st class U.S. mail and to the address below on February 11, 2004.

JILL T. O'SHEA (0034692)
ATTORNEY FOR DEFENDANT
THE CINCINNATI GAS & ELECTRIC COMPANY
139 EAST FOURTH STREET
RM. 25 AT II
P.O. BOX 960
CINCINNATI, OH 45201-0960
(513) 287-2062
(513) 287-3810 fax

*Wendell Bedford*
WENDELL BEDFORD

MEMORANDUM IN SUPPORT OF THE MOTION
FOR ENLARGEMENT OF TIME