UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Wendell Bedford,
     Plaintiff

v.                                Case No.  1:01-cv-861

Cinergy Corporation,
     Defendant

**ORDER**

    This matter is before the Court on Plaintiff's Motion for Enlargement of Time to respond to the Report & Recommendation and to the Order granting sanctions against plaintiff, both filed by the Magistrate Judge on February 3, 2004 (Docs. 51 & 52). The motion is **GRANTED**. Plaintiff's response to both the Report & Recommendation and to the Order granting sanctions is due to be filed no later than March 25, 2004.

    **IT IS SO ORDERED**.

February 17, 2004                    s/Sandra S. Beckwith
Date                                 Sandra S. Beckwith
                                      United States District Judge