IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WENDELL BEDFORD. | : | Case No.      C-1-01-861 |
| | : | |
| Plaintiff Pro Se, | : | Judge Sandra S. Beckwith |
| | : | Magistrate Judge Perelman |
| vs. | : | |
| | : | |
| THE CINCINNATI GAS & | : | DEFENDANT, THE |
| ELECTRIC COMPANY | : | CINCINNATI GAS & ELECTRIC |
| | : | COMPANY'S, MOTION FOR |
| Defendant. | : | <u>EXTENSION OF TIME</u> |

Comes now Defendant, The Cincinnati Gas & Electric Company, and respectfully moves this Court for an extension of time until April 16, 2004 in which to file Defendant, The Cincinnati Gas & Electric Company's, Reply to Plaintiff's Response to both the Report & Recommendation and to the Order granting sanctions. This Motion is supported by the within Memorandum, the Affidavit of Jill T. O'Shea attached hereto and Federal law.

Respectfully submitted,


/s/ Jill T. O'Shea_____
Jill T. O'Shea        (0034692)
Attorney for Defendant,
The Cincinnati Gas & Electric Company
139 E. Fourth Street
25 Atrium II
P.O. Box 960
Cincinnati, OH  45201-0960
513-287-2062

## MEMORANDUM

The Court's February 17, 2004 Order granted Plaintiff's Motion for Enlargement of Time to respond to the Report & Recommendation and to the Order Granting Sanctions against Plaintiff and held that Plaintiff's response to both the Report & Recommendation and to the Order granting sanctions is due to be filed no later than March 25, 2004. Thus, Defendant, The Cincinnati Gas & Electric Company's, Reply to Plaintiff's Response would be due within ten (10) days on or before April 5, 2004. (Affidavit of Jill T. O'Shea, Esq.,¶ 3). Counsel for Defendant is scheduled to be on a family vacation from March 26, 2004 through April 4, 2004 and will not be returning to the office until April 6, 2004 due to school closure on Monday, April 5, 2004. Accordingly, Defendant, The Cincinnati Gas & Electric Company, requires an additional ten (10) days until April 16, 2004 in which to file Defendant, The Cincinnati Gas & Electric Company's, Reply to Plaintiff's response to both the Report & Recommendation and to the Order granting sanctions, for good cause shown. (Affidavit of Jill T. O'Shea, Esq.,¶ 3).

Respectfully submitted,


/s/ Jill T. O'Shea
Jill T. O'Shea (0034692)
Attorney for Defendant,
The Cincinnati Gas & Electric Company
139 East Fourth Street – 25 AT II
P.O. Box 960
Cincinnati, Ohio 45201-0960
(513) 287-2062

122761

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to Wendell Bedford, 3377 Goldrush Court, Cincinnati, Ohio 45211, by certified and regular mail this 23rd day of March, 2004.


/s/ Jill T. O'Shea_____

Jill T. O'Shea

122761

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WENDELL BEDFORD. | : | Case No.      C-1-01-861 |
| | : | |
| Plaintiff Pro Se, | : | Judge Sandra S. Beckwith |
| | : | Magistrate Judge Perelman |
| vs. | : | |
| | : | |
| THE CINCINNATI GAS & | : | AFIDAVIT OF  JILL T. |
| ELECTRIC COMPANY | : | O'SHEA, ESQ. |
| | : | |
| Defendant. | : | |

Comes now affiant, Jill T. O'Shea, Esq., after being duly cautioned and sworn, deposes and states as follows:

1.      That she is counsel for defendant, The Cincinnati Gas & Electric Company, in the above-captioned matter.

2.      That the Court's February 17, 2004 Order granted Plaintiff's Motion for Enlargement of Time to respond to the Report & Recommendation and to the Order Granting Sanctions against Plaintiff and ordered that Plaintiff's response to both the Report & Recommendation and to the Order granting sanctions is due to be filed no later than March 25, 2004.

3.      That Defendant, The Cincinnati Gas & Electric Company's, Reply to Plaintiff's Response would be due within ten (10) days on or before April 5, 2004.

122761

4.    That defense scheduled to be on a family vacation from March 26, 2004 through April 4, 2004 and will not be returning to the office until April 6, 2004 due to school closure on Monday, April 5, 2004.

5.    That she requires an additional ten (10) days until April 16, 2004 in which to file Defendant, The Cincinnati Gas & Electric Company's, Reply to Plaintiff's Response to both the Report & Recommendation and to the Order granting sanctions, for good cause shown.

6.    That she has firsthand knowledge of the above.

FURTHER AFFIANT SAYETH NAUGHT.


March 23, 2004_____                    /s/ Jill T. O'Shea_____
Dated                                           Jill T. O'Shea (0034692)


<u>NOTARY OF PUBLIC</u>


Sworn to and subscribed in my presence this 23rd day of March, 2004.


                                                /s/ Susan M. Wolfram_____
                                                Notary Public
                                                Commission Expires:  September 5, 2005


122761

Respectfully submitted,


/s/ Jill T. O'Shea_____
Jill T. O'Shea (0034692)
Attorney for Defendant,
The Cincinnati Gas & Electric Company
139 East Fourth Street – 25 AT II
P.O. Box 960
Cincinnati, Ohio 45201-0960
(513) 287-2062


## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to Wendell Bedford, 3377 Goldrush Court, Cincinnati, Ohio 45211, by certified and regular mail this 23rd day of March, 2004.


/s/ Jill T. O'Shea _____
Jill T. O'Shea

122761