**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Wendell Bedford,**
    **Plaintiff**

-vs-                                  Case No.   1:01-cv-861

**Cinergy Corporation,**
    **Defendant**

# JUDGMENT

|   |   |   |
|---|---|---|
|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

      IT IS ORDERED AND ADJUDGED that plaintiff's objections to the Magistrate Judge's Report & Recommendation are OVERRULED. Defendant's motion for summary judgment is GRANTED. This case is closed.

Date:  August 2, 2004                                    James Bonini, Clerk

                                                        By:  s/Mary C. Brown
                                                             Mary C. Brown, Deputy Clerk