WENDELL BEDFORD, PLAINTIFF PRO SE
3377 GOLDRUSH COURT
CINCINNATI, OHIO 45211
(513) 389-0557

04 AUG 12 AM 9:45

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINATI

| | |
|---|---|
| WENDELL BEDFORD, ) | Case No.: C-I-01-861 |
| ) | |
| Plaintiff, ) | JUDGE BECKWITH |
| ) | MAGISTRATE JUDGE PERELMAN |
| vs. ) | |
| ) | NOTICE OF APPEAL |
| CINERGY CORPORATION, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

\*   \*   \*   \*   \*   \*   \*   \*

Notice is hereby given that Plaintiff, Appellant herein, appeals to the United States Court of Appeals for the Sixth Judicial Circuit, from this Court's order, attached hereto, entered August 2, 2004, granting Defendant's Motion For Summary Judgment.

Respectfully submitted,

*Wendell Bedford*
WENDELL BEDFORD, PRO SE
3377 GOLDRUSH COURT
CINCINNATI, OH 45211
(513) 389-0557

DATED: 8-12-04

### CERTIFICATE OF SERVICE

The foregoing was delivered via 1st class U.S. mail to the address below on this 13th day of August, 2004.

JILL T. O'SHEA (0034692)
ATTORNEY FOR DEFENDANT
THE CINCINNATI GAS & ELECTRIC COMPANY
139 EAST FOURTH STREET
RM. 25 AT II
P.O. BOX 960
CINCINNATI, OH 45201-0960
(513) 287-2062
(513) 287-3810 fax

*Wendell Bedford*
WENDELL BEDFORD