## TRANSMISSION FORM

ECF    8-23-04

| District Court: | **SD of Ohio (Western Division)** | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | **1:01-cv-861** | Court of Appeals Case No: **04-4046** |
| SHORT CAPTION | | |
| | **\*Wendell Bedford** | Case Manager: **MICHELLE DAVIS** |
| Plaintiff/Petitioner | vs. **Cinergy Corporation** | Date Filed: **FILED** AUG 2 6 2004 ·EONARD GREEN, Clerk |
| Defendant/Respondent | **3377 Goldrush Court Cincinnati, OH 45211** \*provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | **Beckwith** | Anything That Needs Special Attention |
| Court Reporter(s): | **Tri-County Rptg** | **Motion to Proceed without Prepayment of Fees** |
| From Deputy Clerk: | **Kendra Jordan** | |
| Date: | **8-20-04** | |
| $255.00 Appeal Filing Fee Paid?   **NO** | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)          ___Volume(s)

Deposition(s)       ___Volume(s)          Exhibit(s)          ___ Volume(s)

Transcript(s)       ___Volume(s)          **Sealed**          ___Volume(s)

\*\*Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court