UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JAMES BONINI
CLERK

05 OCT 31 PM 1:05

No: 04-4046

Filed: October 28, 2005

WENDELL BEDFORD

       Plaintiff - Appellant

  v.

CINERGY CORP, doing business as The Cincinnati Gas &
Electric Company

       Defendant - Appellee

01CV 861

**MANDATE**

    Pursuant to the court's disposition that was filed 7/26/05
the mandate for this case hereby issues today.

A True Copy.

COSTS:  None

Attest:

Filing Fee ..........$
Printing ............$

      Total ........$

_____
Deputy Clerk

A TRUE COPY.
ATTEST:
LEONARD GREEN, Clerk