UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Wendell Bedford,
    Plaintiff

v.                                   Case No. 1:01-cv-861

Cinergy Corporation,
    Defendant

**ORDER**

      The Mandate, in the above captioned case was filed on October 31, 2005. Therefore, **IT IS ORDERED** that all **SEALED DOCUMENT(S)** (Docs. 36, 49, & 58) be returned to the custody of the filing party.

February 14, 2005                  s/Sandra S. Beckwith
Date                               Sandra S. Beckwith, Chief Judge
                                       United States District Court